Print

# 2026-CA-003739-O : RODRIGUEZ, KATHERINE vs. TOMOCREDIT INC

## Case Header

Case Type: CA - Other
Date Filed: 4/7/2026
Location: Div 34
UCN: 482026CA003739A001OX
Judge: Tanya Davis Wilson
Status: Pending
Citation Number:
Compliance Date:

## Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| KATHERINE RODRIGUEZ | Plaintiff | MITCHELL HANSEN | 734-730-9959 |
| TOMOCREDIT INC | Defendant | | |

## Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

## Docket Events

Document Status: = Public = Non-Public Document = VOR = Confidential = Sealed = Request Pending

| Date | Description | Pages | Doc |
|---|---|---|---|
| 04/08/2026 | | 10 | |
| 04/08/2026 | Comments: emailed atty | 2 | |
| 04/07/2026 | | 16 | |
| 04/07/2026 | | 3 | |
| 04/07/2026 | Case Initiated | | |

## Hearings

| Date | Hearing | Time | Location | Pages | Doc |
|---|---|---|---|---|---|

## Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 4/7/2026 | Transaction Assessment | | 410.00 |
| 4/7/2026 | Payment | Melanie Vazquez | -410.00 |

## Bonds

| Description | Status Date | Bond Status | Image | Amount |
|---|---|---|---|---|

## Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|---|---|---|---|---|---|---|