IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

| | | |
|---|---|---|
| KATHERINE RODRIGUEZ, *individually and on behalf of all others similarly situated,* | ) | Case No.: 2026-CA-003739 |
| Plaintiffs, | ) | |
| v. | ) | |
| TOMOCREDIT, INC., | ) | |
| Defendant. | ) | |

**DEFENDANT TOMOCREDIT, INC.'S NOTICE OF FILING NOTICE OF REMOVAL**

YOU ARE HEREBY NOTIFIED that the attached copy of Defendant Tomocredit, Inc.'s Notice of Removal to the United States District Court for the Middle District of Florida, Orlando Division, was filed with the Clerk of said District Court in Orlando, Florida, on the 7th day of May, 2026. Pursuant to 28 U.S.C. § 1446(d), Defendant respectfully requests that this Circuit Court proceed no further in this cause unless and until this action is remanded to the State Court. Absent the entry of a remand order by the District Court, this Circuit Court is divested of jurisdiction in this cause and is hereby requested to stay all further proceedings.

Defendant expressly reserves its right to raise and assert any and all available defenses to Plaintiff's Complaint, including without limitation, failure to state a cause of action and statute of limitations. The filing of this Notice of Filing Notice of Removal shall not be construed or otherwise operate as a waiver of any such defenses available to Defendant.

YOU ARE FURTHER HEREBY NOTIFIED that this Notice of Filing Defendant's Notice of Removal incorporates by reference all requirements of 28 U.S.C. § 1446.

Respectfully submitted this 7th day of May, 2026.

[*Signature on following page*]

**FREEMAN MATHIS GARY, LLP**

______________________________

Christian M. Gunneson
Florida Bar No. 123823
FREEMAN MATHIS & GARY, LLP
2502 North Rocky Point Drive, Suite 550
Tampa, FL 33607-1447
(813) 774-6363 (telephone)
christian.gunneson@fmglaw.com
*Attorney for Defendant TomoCredit Inc. d/b/a Tomo Card*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 7th day of May, 2026, that I served a true and correct copy of the foregoing on the Clerk of the Court using the CM/ECF system which will automatically send electronic mail notification of such filing to the following counsel of record who are CM/ECF participants:

Mitchell D. Hansen
Mitchell@jibraellaw.com
Zane C. Hedaya
Zane@jibraellaw.com
Gerald D. Lane, Jr.
gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
(813)-340-8838
*Counsel for Plaintiff*

Christian M. Gunneson
Florida Bar No. 123823
FREEMAN MATHIS & GARY, LLP
2502 North Rocky Point Drive, Suite 550
Tampa, FL 33607-1447
christian.gunneson@fmglaw.com