**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**KATHERINE RODRIGUEZ,**
*individually and on behalf of all others similarly situated,*

Plaintiff,

**v.** **Case No.: 6:26-cv-00996-JSS-DCI**

**TOMOCREDIT, INC.,**

Defendant.

---

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

Katherine Rodriguez v. TomoCredit Inc.
2026-CA-003739-O
Circuit Court of Orange County, Florida

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: May 16, 2026

Respectfully Submitted,

/s/ Zane C Hedaya
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: zane@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street,
Wilton Manors, Florida 33305

*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

/s/ Zane C Hedaya
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: zane@jibraellaw.com

*COUNSEL FOR PLAINTIFF*