IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHERINE RODRIGUEZ, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

TOMOCREDIT, INC.,

Defendant.

Case No.: 6:26-cv-00996-JSS-DCI

**<u>NOTICE OF PENDENCY OF OTHER ACTIONS</u>**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Respectfully Submitted this 12th day of June, 2026.

[SIGNATURE ON FOLLOWING PAGE]

FREEMAN MATHIS & GARY, LLP

Christian M. Gunneson
Florida Bar No. 123823
FREEMAN MATHIS & GARY, LLP
2502 North Rocky Point Drive, Suite 550
Tampa, FL 33607-1447
(813) 774-6363 (telephone)
christian.gunneson@fmglaw.com
*Attorney for Defendant TomoCredit Inc.*

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing using the CM/ECF system which will automatically send electronic mail notification of such filing to the following counsel of record who are CM/ECF participants:

Zane C. Hedaya
zane@jibraellaw.com
Gerald D. Lane, Jr.
gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305

This 12th day of June, 2026.

Christian M. Gunneson
Florida Bar No. 123823
FREEMAN MATHIS & GARY, LLP
2502 North Rocky Point Drive, Suite 550
Tampa, FL 33607-1447
(813) 774-6363 (telephone)
christian.gunneson@fmglaw.com